**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1466

ANTHONY T. WATSON,

             Plaintiff – Appellant,

      v.

BANK OF AMERICA, N.A., as Successor by Merger to BAC Home
Loans Servicing L.P. formerly known as Countrywide Home
Loans Servicing, L.P.,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge.  (8:14-cv-01335-PJM)

Submitted:  September 24, 2015       Decided:  October 23, 2015

Before SHEDD, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony T. Watson, Appellant Pro Se.  Craig Robert Haughton,
MCGUIREWOODS LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony T. Watson appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Watson v. Bank of Am., No. 8:14-cv-01335-PJM (D. Md., Mar. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED